# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **BRUNSWICK PANINI'S, LLC, et al.,** | ) | **CASE NO. 1:20CV1895** |
| | ) | |
| | ) | **SENIOR JUDGE** |
| **Plaintiffs,** | ) | **CHRISTOPHER A. BOYKO** |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **ZURICH AMERICAN INSURANCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has filed its Opinion and Order in the above-captioned matter, granting Defendant's Motion to Dismiss (ECF DKT #14). Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Date: 2/19/21

s/ Christopher A. Boyko

**SENIOR JUDGE CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**